IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN ANNE DELONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, Commissioner | : | |
| of Social Security | : | NO. 19-2392 |

## ORDER

**AND NOW**, this 29th day of September, 2020, upon consideration of Plaintiff's Request for Review of the adverse decision of the Commissioner of Social Security (Docket No. 2), all documents filed in connection therewith, the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Docket No. 17), Plaintiff's Objections thereto (Docket No. 18), and Defendant's Response to the Objections, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Plaintiff's Request for Review of the adverse decision of the Commissioner of Social Security is **DENIED**;

4. **JUDGMENT IS ENTERED** in favor of the Defendant; and

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.